[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15695

_____

D.C. Docket No. 0:13-cv-60957-RLR

ELIZABETH JENKINS,

Plaintiff-Appellant,

versus

GRANT THORNTON LLP,
GRANT THORNTON LLP HEALTH AND WELFARE BENEFITS PLAN,
et al.

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 11, 2016)

Before WILSON and JULIE CARNES, Circuit Judges, and WOOD,* District
Judge.

_____

* Honorable Lisa Godbey Wood, United States District Chief Judge for the Southern District
of Georgia, sitting by designation.

PER CURIAM:

Plaintiff-Appellant Elizabeth Jenkins appeals the district court's partial grant of a motion to dismiss and entry of summary judgment for Defendants-Appellees Grant Thornton LLP (GT); Grant Thornton LLP Health and Welfare Benefits Plan (the Health Plan); and Grant Thornton LLP Employees' Retirement Plan (the Pension Plan).  Jenkins, proceeding pro se, filed suit under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 *et seq.*, to recover long-term disability benefits she believes are due to her under the Health Plan, retirement benefits she believes are due to her under the Pension Plan, and document penalties for GT's alleged failure to provide her with the plan documents she requested.  Additionally, Jenkins seeks equitable relief on behalf of the Health Plan for alleged breaches of fiduciary duty.

On appeal, Jenkins argues that the district court: (1) erred in dismissing several counts of her amended complaint for failure to state a claim upon which relief may be granted; (2) abused its discretion in denying her motion to quash certain subpoenas and in issuing discovery sanctions against her; and (3) erred in granting the defendants' motion for summary judgment.

After reviewing the record and having had the benefit of oral argument, we conclude the district court did not commit reversible error as to any issue.

**AFFIRMED.**

2